IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TORSTEN KAMRATH, an individual,

        Plaintiff,

        v.

ADDICTIONS RECOVERY CENTER, INC.,
a corporation,

        Defendant.

_____

Case No. 1:23-cv-1516-MC

JUDGMENT

**MCSHANE, Judge:**

        Based on the record, this action is DISMISSED, with prejudice.

        DATED this 30th day of May, 2024.

                        /s/ Michael McShane
                        **Michael J. McShane**
                        **United States District Judge**